# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE DAWN TUELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01624-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 2, 3) |

Plaintiff Debbie Dawn Tuell ("Plaintiff") filed a complaint on November 27, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 3.) Plaintiff's application to proceed in forma pauperis demonstrates entitlement to proceed without prepayment of fees and shall be granted. (ECF No. 3.) Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint**. Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **November 28, 2018**

_____
UNITED STATES MAGISTRATE JUDGE