# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE DAWN TUELL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01624-SAB<br><br>ORDER STRIKING NOTICE OF SUBMITTING SERVICE DOCUMENTS TO THE U.S. MARSHAL<br><br>(ECF Nos. 2, 3, 4) |

On November 27, 2018 Plaintiff Debbie Dawn Tuell ("Plaintiff") filed a complaint (ECF No. 2), an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 3), and a notice of submitting service documents to the U.S. Marshal (ECF No. 4). No summons had been issued, and Plaintiff's application to proceed in forma pauperis had not been approved by the Court prior to Plaintiff filing the notice of submitting service documents to the U.S. Marshal. (ECF Nos. 3, 4.) Additionally, the notice of submitting service documents was unsigned. (ECF No. 4.) Unsigned documents cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b).

For these reasons, the notice of submitting service documents to the U.S. Marshal shall be stricken from the record. (ECF No. 4.) Plaintiff is advised that she may refile the notice of submitting service documents to the U.S. Marshal after the Court's order regarding the in forma pauperis application is entered on the docket, and the summons is issued.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice of submitting service documents to the U.S. Marshal (ECF No. 4) is STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: __**November 29, 2018**__

UNITED STATES MAGISTRATE JUDGE