UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DEBBIE DAWN TUELL,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-01624-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before September 6, 2019; and
2. Plaintiff's reply, if any, shall be filed on or before September 23, 2019.

IT IS SO ORDERED.

Dated:  **August 1, 2019**

_____
UNITED STATES MAGISTRATE JUDGE