McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEBBIE DAWN TUELL, ) | Case No. 1:18-cv-01624-SAB |
| ) | |
| Plaintiff, ) | STIPULATION FOR VOLUNTARY |
| ) | REMAND PURSUANT TO SENTENCE |
| v. ) | FOUR OF 42 U.S.C. § 405(g) |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical-source opinion evidence in accordance with the relevant agency regulations. The Appeals Council will also instruct the ALJ to reevaluate Plaintiff's subjective symptom testimony in

accordance with 20 C.F.R. § 404.1529 and Social Security Ruling 16-3p. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Respectfully submitted,

Date: *August 26, 2019*      OSTERHOUT BERGER DISABILITY LAW

By:    */s/ Asim H. Modi for Erik W. Berger\**
       ERIK W. BERGER
       *\*Authorized by email on August 26, 2019*
       Attorney for Plaintiff

Date: *August 26, 2019*      McGREGOR W. SCOTT
       United States Attorney
       DEBORAH LEE STACHEL
       Regional Chief Counsel, Region IX
       Social Security Administration

By:    */s/ Asim H. Modi*
       ASIM H. MODI
       Special Assistant United States Attorney
       Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this matter is remanded back to the Commissioner of Social Security for further proceedings consistent with the stipulation. It is FURTHER ORDERED that judgment be entered in favor of Plaintiff Debbie Dawn Tuell and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:    **August 26, 2019**            _____
                                                             UNITED STATES MAGISTRATE JUDGE