UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DEBBIE DAWN TUELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01624-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 24) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of seven thousand, three hundred fifty dollars ($7,350.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), are awarded to Plaintiff subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **November 25, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE